■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYMOND E. TYUS, Appellant. [986 NYS2d 372]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered December 15, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Sconiers and Valentino, JJ.